[No. 26438-9-I.  Division One.  July 13, 1992.]

THE TOWN OF GOLD BAR, *Appellant*, v. LAWRENCE S. TROWBRIDGE, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-1-00974-3, Daniel T. Kershner, J., entered June 4, 1990. *Reversed* by unpublished opinion per Scholfield, J., concurred in by Pekelis and Baker, JJ.

[No. 11100-8-III.  Division Three.  July 14, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID DEE CRAWFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Ferry County, No. 90-1-00012-5, Larry M. Kristianson, J., entered September 18, 1990. *Affirmed* by unpublished opinion per Munson, J., concurred in by Sweeney and Webster, JJ.

[No. 11223-3-III.  Division Three.  July 14, 1992.]

MORRILL ASPHALT PAVING CO., INC., *Respondent*, v. EDDIE E. SMITH, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Chelan County, No. 89-2-00009-0, Fred Van Sickle, J., entered October 26, 1990. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Thompson, A.C.J., and Munson, J.